UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF THE UNBORN
CHILD OF JENNIFER JAWSON, et al.,
    Plaintiffs,

  v.

Case No: 19-cv-01008

MILWAUKEE COUNTY, et al.,
    Defendants,

ORDER

Pursuant to the parties' stipulation and upon all matters of record, IT IS HEREBY ORDERED that:

1. Plaintiffs shall respond to Defendants Milwaukee County, Amika Avery, and Wisconsin County Mutual Insurance Corporation's motion to dismiss (D. 78) on or before January 16, 2020.

BY THE COURT

  s/Lynn Adelman
District Judge