December 24, 2020

Honorable Judge Lynn Adleman  RE: Request for
U.S. Courthouse                Information and
517 E. Wisconsin Ave              FORMS
Milwaukee, WI 53202

Dear Judge Adleman,

I am writing to ask if you could please help with the below information. I don't have access to the Internet - nor anyone to ask for help. Could you please help with:

1. Two sets of FORMS to file a
   - Sec. 42 § 1983 Civil Action
   (and Inidigency Forms)
   [We do not have electronic filing availability here)

2. The "attorneys NAME" who is/was representing the Plaintiff, Estate of the Unborn in:

Estate of the Unborn v. Milwaukee Co., 19-C-1008    8-19-20
                                                    E.D. Wis. Ad
?
'

U.S. District Court, Wisconsin Eastern
DEC 30 2020
FILED
Clerk of Court

Case 2:19-cv-01008-LA   Filed 12/30/20   Page 1 of 4   Document 144

OVER →

2.

2. The "attorneys NAME" who represented the Plaintiff West in:

West v Giese, 19 cv 1843       7-10-20
                               E.D. Wis.
?

3. Burnley v Village of Brown Deer, 19 CV 364 JPS
                                    2-10-20
                                    E.D. Wis.
"Attorneys NAME" for Plaintiff Burnley.
?

4. Estate of Swayzer v Clarke, 16 C 1703 pp   10-30-17

Attorneys name for Plaintiff Swayzer
?

Thank you for any help!

Sincerely,                    Milton John Christensen
Milton John Christensen       Racine County Jail
Milton John Christensen       717 Wisconsin Ave.
                              Racine, WI 53403



Milton John Christensen SPN 80290
Racine County Jail - 3EN
717 Wisconsin Ave.
Racine, WI 53403

Mailed From
Racine City Jail

To: Honorable Judge Lynn Adelman
United States Federal Courthouse - Eastern District
517 E. Wisconsin Ave. - 362 U.S. Courthouse
Milwaukee, WI 53202

MILWAUKEE WI 530
28 DEC 2020 PM 7

