UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF THE UNBORN CHILD OF
JENNIFER JAWSON; and JENNIFER JAWSON;

Plaintiffs,

v.

Case No: 19-CV-1008

MILWAUKEE COUNTY, AMIKA AVERY;
WISCONSIN COUNTY MUTUAL INSURANCE
CORPORATION; ARMOR CORRECTIONAL
HEALTH SERVICES, INC.; MEDICAL DIRECTOR
DR. KAREN HORTON; DIRECTOR OF NURSING
R.N. COURTNEY HOLIFIELD; JOHN DOES 11-20;
N.P. KATHERINE MEINE; R.N. FREDERICK
PORLUCAS; R.N. JACKIE PITTERLE; R.N. SHEREE
YOUNG; L.P.N. LYDIA WILLIAMS; L.P.N. ALECIA
SANTIAGO; L.P.N. BONNIE LEIGH; L.P.N. CARLA
BEDNEAU; L.P.N. JA-KAL WALKER; EVANSTON
INSURANCE COMPANY; WISCONSIN HEALTH
CARE LIABILITY INSURANCE PLAN; INJURED
PATIENTS AND FAMILIES COMPENSATION FUND,

Defendants.

---

## STIPULATION FOR DISMISSAL OF
## DEFENDANT, BONNIE LITRENTA ONLY

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the Plaintiffs, Estate of the Unborn Child of Jennifer Jawson and Jennifer Jawson and the Defendant Bonnie Litrenta, by and through their counsel, that Defendant Bonnie Litrenta should be dismissed from the above-captioned action, with prejudice and upon the merits, without further cost to any party and without the need for a hearing.

Date: 3/12/21

JUDGE LANG & KATERS LLC and
GENDE LAW OFFICES SC
Attorneys for Plaintiffs

By: s/Christopher P. Katers
    Christopher P. Katers, SBN 1067557
    Kevin G. Raasch, SBN 1100196
    David J. Lang, SBN 1001218
    James J. Gende, II, SBN 1030921

Date: 3/12/21

HANSEN REYNOLDS
Attorneys for Defendants Milwaukee County and
Wisconsin County Mutual Insurance Corporation

By: s/Andrew A. Jones
    Andrew A. Jones, SBN 1023074
    James F. Cirincione, SBN 1086061

Date: 3/12/21

CASSIDAY SCHADE LLP
Attorneys for Defendants Armor Correctional
Health Services Inc., Courtney Holifield,
NP Katherine Meine, Frederick Porlucas,
Jackie Pitterle, Alecia Santiago, Carla Bedneau,
and Ja-kal Walker

By: s/John J. Reid
    John J. Reid, SBN 1057458
    R. Fletcher Koch, SBN 1054736

2

Date: 3/12/21       OTJEN LAW FIRM, S.C.
                    Attorneys for Defendant Karen Horton

              By:   s/Randall R. Guse
                    Lori Gendelman, SBN 1005833
                    Randall R. Guse, SBN 1024900


Date: 3/12/21       TRAUB LIEBERMAN STRAUS &
                    SHREWSBERRY LLP
                    Attorneys for Defendant Sheree Young

              By:   s/Mark F. Wolfe
                    Mark F. Wolfe, SBN 1000077


Date: 3/12/21       GODFREY & KAHN, S.C.
                    Attorneys for Defendant Wisconsin Health Care
                    Insurance Plan

              By:   s/Nina G. Beck
                    James A. Friedman, SBN 1020756
                    Nina G. Beck, SBN 1079460


Date: 3/12/21       GASS WEBER MULLINS LLC
                    Attorneys for Defendant Injured Patients and
                    Families Compensation Fund

              By:   s/Stephen T. Trigg
                    Linda Vogt Meagher, SBN 1000558
                    Stephen T. Trigg, SBN 1075718

Date: 3/12/21                           WILSON ELSER MOSKOWITZ EDELMAN &
                                        DICKER, LLP
                                        Attorneys for Defendant Bonnie Litrenta


                                    By: s/Kevin A. Christensen
                                        Kevin A. Christensen, SBN 1011760