# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF THE UNBORN CHILD OF
JENNIFER JAWSON and JENNIFER JAWSON,

    Plaintiffs,

  v.

Case No: 2:19-cv-01008-WED

MILWAUKEE COUNTY, a municipal corporation,
DAVID A. CLARKE JR.; INSPECTOR RICHARD SCHMIDT;
MAJOR NANCY EVANS; DEPUTY INSPECTOR
KEVIN NYKLEWICZ; JANET BORUCKI;
WILLIAM DUCKETT; AMIKA AVERY,

    and

JOHN DOES 1-10, and WISCONSIN COUNTY
MUTUAL INSURANCE CORPORATION;

    and

ARMOR CORRECTIONAL HEALTH SERVICES, INC.;
and MEDICAL DIRECTOR DR. KAREN HORTON;
DIRECTOR OF NURSING R.N. COURTNEY
HOLIFIELD; JOHN DOES 11-20; N.P. KATHERINE
MEINE; R.N. FREDERICK PORLUCAS; R.N. JACKIE
PITTERLE; R.N. SHEREE YOUNG; L.P.N. LYDIA
WILLIAMS; L.P.N. ALECIA SANTIAGO; L.P.N.
CARLA BEDNEAU; L.P.N.
JA-KAL WALKER;

    and

EVANSTON INSURANCE COMPANY; and WISCONSIN
HEALTH CARE LIABIITY INSURANCE PLAN; and
INJURED PATIENTS AND FAMILIES COMPENSATION FUND,

    Defendants.

**ORDER FOR WITHDRAWAL OF COUNSEL**

Based on the pending Motion for Withdrawal of Counsel:

**IT IS HEREBY ORDERED:**

That Attorney Lori Gendelman *__only__* is withdrawn as counsel on behalf of Defendant, Dr. Karen Horton, in this action and that Attorney Randall R. Guse remains as counsel on behalf of Dr. Karen Horton.

Dated this 19th day of December, 2022.

**OTJEN LAW FIRM, S.C.**,
Attorneys for Defendant,
Dr. Karen Horton

/s/ Lori Gendelman

By: _____
Lori Gendelman
State Bar No. 1005633

PO ADDRESS
20935 Swenson Drive, Suite 310
Waukesha, WI 53186
Phone: 262-777-2215
Fax: 262-777-2201
E:  lgendelman@otjen.com