# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF THE UNBORN CHILD OF JENNIFER JAWSON and
JENNIFER JAWSON,

        Plaintiffs,

      v.                          Case No.  19-CV-1008

MILWAUKEE COUNTY,
AMIKA AVERY,
JOHN DOES 1-10,
WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
MEDICAL DIRECTORY DR. KAREN HORTON,
JOHN DOES 11-20,
R.N. JACKIE PITTERLE,
L.P.N. LYDIA WILLIAMS,
L.P.N. ALECIA SANTIAGO,
L.P.N. CARLA BEDNEAU,
L.P.N. JA-KAL WALKER,
WISCONSIN HEALTH CARE LIABILITY INSURANCE PLAN, and
INJURED PATIENTS AND FAMILIES COMPENSATION FUND,

        Defendants.

---

## COURT MINUTES OF TELEPHONE SCHEDULING CONFERENCE

---

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: **March 3, 2023 at 10:00 a.m.**      DEPUTY CLERK:  Mary Murawski

TIME COMMENCED: 10:00           TIME CONCLUDED:  10:04
Zoom audio

APPEARANCES:

     PLAINTIFFS:     **James J. Gende, II, Kevin G. Raasch, Christopher P. Katers**

     DEFENDANTS:     *Milwaukee County / WI County Mutual Assn*
                    **Andrew A. Jones**

                    *John Does 1-10 – no appearance*

                    *Armor Correctional Health Services, Inc.*
                    **Frank Castro** in-house counsel

                    *Karen Horton*
                    **Randall R. Guse**

                    *John Does 11-20 – no appearance*

                    *Jackie Pitterle – no appearance*

                    *Lydia Williams – no proof of service*

                    *Alecia Santiago – no appearance*

                    *Carla Bedneau – no appearance*

                    *Ja-kal Walker – no appearance*

                    *Wisconsin Health Care Liability Insurance Plan*
                    **Nina G. Beck**

                    *Injured Patients and Families Compensation Fund*
                    **Stephen T. Trigg, Linda Meagher**

**COMMENTS:**

COURT speaks to the letters that were exchanged with the parties regarding the settlement demand and the settlement offers. The reason for the exchange of the letters was to see where parties were at. Based on the numbers floated there is no realistic chance we can bridge the gap between demand and offers. Court's inclination is to cancel the mediation and send it back to Judge Adelman for a trial.

Attorney Gende and Guse speak and agree, need to proceed to trial

COURT will refer this back to Judge Adelman so he can set a trial. If at some point, parties feel that they may be closer to a settlement figure, they can ask to have it referred back to this Court.