# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON, et al,**
        **Plaintiffs,**

    v.                                                                  Case No. 19-cv-1008

**MILWAUKEE COUNTY, et al,**
        **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **July 20, 2023 at 9:45 a.m.** Participants need to call in for the conference as follows: dial access number 1-877-336-1839. You will be prompted for an access code (4144803) and a security code (1234). Once that information is entered participants will be placed on hold until we access the call. *Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide the names of attorneys appearing.*

Dated at Milwaukee, Wisconsin, this 12th day of July, 2023.

                                                    /s/Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge