UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF THE UNBORN CHILD OF
JENNIFER JAWSON, and JENNIFER
JAWSON

        Plaintiffs,

  v.

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., *et al.*,

        Defendants.

Case No. 19-cv-1008

## THE ARMOR DEFENDANTS' UNOPPPOSED EMERGENCY MOTION TO BRIEFLY CONTINUE PRE-TRIAL CONFERENCE

Defendants Armor Correctional Health Services, Inc. and Jackie Pitterle ("Armor Defendants"), by and through undersigned counsel, hereby submit this Emergency Motion to Briefly Continue Pre-Trial Conference, and in support state as follows:

1. This matter is presently scheduled for Pre-Trial Conference today, August 14, 2023 at 1:30pm.

2. Undersigned is presently in Trial on another matter in Santa Rosa County, FL[1] that was initially expected to end Friday, August 11, 2023. Trial is

---

[1] *Williamson v. Armor Correctional Health Services, Inc. Et Al.*, Case No: 2020 CA 88

now expected to end Tuesday, August 15, 2023.

3. Undersigned has spoken to Counsel for Plaintiff and Co-Defendant who do not object to the relief sought in this Motion.

4. Based on the foregoing, the Armor Defendants request a brief continuance of the Pre-Trial Conference.

WHEREFORE, the Armor Defendants request that this Court grant this Motion and continue the Pre-Trial Conference.

Dated: August 14, 2023

Respectfully Submitted,

**ARMAS BERTRAN ZINCONE**
4960 S.W. 72nd Avenue, Suite 206
Miami, Florida 33155
(305) 461-5100
Fax: (786) 221-2903

By: */s/ Francesco Zincone*
Francesco Zincone,
Florida Bar No. 100096
fzincone@armaslaw.com

*Counsel for the Armor Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2023, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record either by transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

/s/ Francesco Zincone
Francesco Zincone