# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON, et al.,**
        **Plaintiffs,**

  v.                                 Case No. 19-C-1008

**MILWAUKEE COUNTY, et al.,**
        **Defendants.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: August 14, 2023
Time Commenced: 1:10 p.m.      Concluded: 1:36 p.m.
Deputy Clerk: KV      Court Reporter: none

APPEARANCES:

Plaintiff: **James Gende**

Defendants:

Karen Horton: **Randall Guse**

WI Health Care Liability Ins: **Nina Beck**

Injured Patient & Families Comp Fund: **Linda Meagher**

Nature of Conference: Status Conference

Notes: The Court and present parties discussed rescheduling dates for trial and final pretrial conference. Final Pretrial is rescheduled for **January 8, 2023**, at 9:30 a.m. Jury trial is rescheduled to begin on **February 5, 2023**, at 8:30 a.m.