UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON, et al.,
       Plaintiffs,

  v.                                               Case No. 19-C-1008

MILWAUKEE COUNTY, et al.,
       Defendants.

---

## ORDER

**IT IS ORDERED** that:

1. Based on Defendants' unopposed motion, the Final Pretrial Conference is adjourned from **August 14, 2023**, at 1:30 p.m. until **January 8, 2024**, at 9:30 a.m.

2. The jury trial presently scheduled to begin on **September 5, 2023**, at 8:30 a.m. is adjourned until **February 5, 2024**, at 8:30 a.m.

**SO ORDERED** at Milwaukee, Wisconsin, this 14th day of August, 2023.

                                            /s/Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge