# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

_____

ESTATE OF THE UNBORN CHILD OF
JENNIFER JAWSON, and JENNIFER
JAWSON,

       Plaintiffs,

       v.                          Case No. 19-cv-1008

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., et al.,

       Defendants.

_____

## SUGGESTION OF ASSIGNMENT FOR BENEFIT OF CREDITORS
_____

      **YOU ARE HEREBY** notified that Daniel J. Stermer ("Assignee"), not individually but solely in his capacity as Assignee for the benefit of creditors of the estate of Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc. (the "Assignor"), filed a Petition for Assignment for the Benefit of Creditors (the "Petition") in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on October 11, 2023, Case No. 2023-024558-CA-01 (the "Assignment Case"). You are advised that, with the filing of the Petition, all property of the Assignor, both real and personal, became subject to the jurisdiction of the Miami-Dade Circuit Court in the Assignment Case pursuant to the provisions of Chapter 727, Florida Statutes.

      Pursuant to §727.105, Fla. Stat., upon the filing of the Petition, proceedings may not be commenced against the Assignee except as provided in Chapter 727, Florida Statutes, but nothing in such Chapter affects any action or proceeding by a governmental unit to enforce such governmental unit's police or regulatory power. Further, except in the case of a consensual

lienholder enforcing its rights in personal property or real property collateral, there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the Estate in the possession, custody, or control of the Assignee.

The filing of this Suggestion of Assignment is not intended by undersigned counsel or the Assignee to be a general appearance in this cause.

Dated this 2nd day of November, 2023.

**VENABLE LLP**

By: */s/ Melissa C. McLaughlin*  _____
   Melissa C. McLaughlin, Esq.
   WIED Bar No. 273619
   Paul J. Battista, Esq. (not admitted in this district)
   Allison R. Day, Esq. (not admitted in this district)
   Avi Zemel, Esq. (not admitted in this district)
   *Attorneys for Assignee*

Miami Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: pjbattista@venable.com
Email: arday@venable.com
Email: azemel@venable.com

- and -

750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7418
Facsimile: (410) 244-7742
Email: mcmclaughlin@venable.com

2
