**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**ESTATE OF THE UNBORN CHILD**
**OF JENNIFER JAWSON, et al,**
            **Plaintiffs,**

     **v.**                                    **Case No. 19-cv-1008**

**AMIKA AVERY, et al.**
               **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding          Date:  01/08/2024
Time Commenced:  9:30 a.m.          Concluded:  11:15 a.m.
Deputy Clerk: KQV                Court Reporter:  Tom

APPEARANCES:

Plaintiffs: By Attorney James Gende II and Kevin Raasch

Defendants Armor Correctional Health Services Inc and Jackie Pitterle: By Attorney Alon Stein and Francesco Zincone

Defendant Karen Horton: By Attorney Randall Guse

Defendant Wisconsin Health Care Liability Insurance Plan: By Attorney Linda Schmidt

Defendant Injured Patients and Families Compensation Fund: By Attorney Linda Vogt Meagher

Nature of Conference: Pre-Trial Conference

Notes:

- The Court heard arguments Attorney Zincone's Amended Motion to Withdraw and Attorney Stein's Motion to Withdraw. Attorney Zincone's Amended Motion to Withdraw, ECF No. 279, is **GRANTED**. Attorney Stein's Motion to Withdraw, ECF No. 275, is **GRANTED**.

- By **January 22, 2024**, defendant Jackie Pitterle shall notify the Court via email whether she plans to retain counsel for trial and address updated per information provided on the record.
- Defendant Wisconsin Health Care Liability Insurance Plan's Motion to Admit the WHCLIP's Policy into Evidence, ECF No. 281, is **GRANTED**.
- The Court ruled on the parties' motions in limine.
    - Defendant Dr. Ronquillo-Horton filed eighteen motions in limine, ECF No. 245.
        - Dr. Ronquillo-Horton's first, third, and twelfth motions in limine are **DENIED** without prejudice.
        - Dr. Ronquillo-Horton's second, fourth, seventh, ninth, eleventh, thirteenth, and sixteenth motions in limine are **GRANTED** as unopposed.
        - Dr. Ronquillo-Horton's fifth, sixth, tenth, fourteenth, and fifteenth motions in limine are **DENIED**.
        - Dr. Ronquillo-Horton's eighth, seventeenth, and eighteenth motions in limine are **GRANTED**.
    - Defendants Pitterle and Armor filed five motions in limine, ECF No. 250.
        - Pitterle and Armor's first, second, and fifth motions in limine are **DENIED** without prejudice.
        - Pitterle and Armor's third motion in limine is **GRANTED** as unopposed.
        - Pitterle and Armor's fourth motion in limine is **GRANTED**.
    - Plaintiffs filed five motions in limine, ECF No. 247, and a sixth supplemental motion in limine, ECF No. 267.
        - Plaintiffs' first motion in limine is **DENIED** without prejudice.
        - Plaintiffs' second motion in limine is **GRANTED IN PART**.
        - Plaintiffs' third and fifth motions in limine are **DENIED**.
        - Plaintiffs' fourth motion in limine and sixth supplemental motion in limine are **GRANTED** as unopposed.

- Defendant Wisconsin Health Care Liability Insurance Plan's motion in limine, ECF No. 249, is **GRANTED IN PART**.