UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

THE ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON; and JENNIFER
JAWSON,
        Plaintiffs,                  Case No.: 19-CV-1008
v.
MILWAUKEE COUNTY, et al.,
        Defendants.
_____

**WITHDRAWAL OF PITTERLE'S EMERGENCY MOTION TO RECONSIDER THE DECISION ONHER MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE RENEWAL OF PREVIOUSLY FILED MOTION FOR SUMMARY JUDGMENT OR MOTION IN LIMINE (Docket 286)**
_____

      Defendant JACKIE PITTERLE ("Pitterle") hereby withdraws her Emergency Motion to Reconsider (Docket 286) and alternative motions contained within that document, without prejudice to raising the same issues, arguments and questions contained within the Motion during the jury trial commencing on February 5, 2024 in this cause and without waiver of those same issues, arguments and questions at trial, as they will be raised by her during trial.

Dated this 17th day of January, 2024      Respectfully submitted,
                                                        **STEIN LAW OFFICES**
                                                      */s/ Alon Stein*
                                                      Alon Stein
                                                      5 Revere Drive, Suite 200
                                                      Northbrook, IL 60062
                                                      (847) 571-1805
                                                      *For Defendant Jackie Pitterle*