THE ESTATE OF THE UNBORN CHILD OF
JENNIFER JAWSON, et al.,

      Plaintiffs,

  v.

Case No: 2:19-cv-01008

ARMOR CORRECTIONAL
HEALTH SERVICES INC., et al.,

      Defendants.

**AFFIDAVIT OF DR. KAREN RONQUILLO IN SUPPORT OF DEFENDANT'S CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO ADJOURN TRIAL**

STATE OF WISCONSIN    )
                                ) ss.
DANE COUNTY            )

KAREN RONQUILLO, being duly sworn on oath, deposes and states as follows:

1. I am a defendant in the above-referenced case and submit this affidavit in support of the defendant's motion to adjourn trial.

2. My father, Ruben Ronquillo, has been diagnosed with Stage 3-Stage 4 COPD with congestive heart failure. He needs continuous oxygen to maintain his oxygen saturation and has been mostly bedridden.

3. It is my understanding that the medications, including inhalers utilized to treat my father's medical conditions, are no longer effective and providing relief of his symptoms.

1

4. My father has chosen to forego further hospital treatment as the prescribed treatments are no longer effective

5. My father's condition is critical and it is my understanding that he may pass at any time.

6. After discussing the matter with my family, I have chosen to fly to the Philippines to be with my father before he passes and assist my family in providing for his continuing in-home care.

7. I am scheduled to fly to the Philippines on Friday January 26, 2024. I am tentatively planning to return to Wisconsin on February 10, 2024.

8. I will be unavailable to assist my counsel prepare for trial.

9. I will be unavailable to testify at trial or to act as a resource to my attorney during trial.

10. Under these circumstances, I am respectfully requesting that the Court grant the defendant's motion to adjourn.

_____
Karen Ronquillo
Type of ID: USA Passport

Subscribed and sworn to before me this
23rd day of January, 2024.

_____
Notary Public, State of Florida

My Commission: 02/22/2027

JANICE R. CASH-LYONS
Notary Public, State of Florida
Commission Number
HH365654
My Commission Expires on
02/22/2027

Document ID: 347910f9-14a1-4c74-ac52-1d7151b78cb3
Session ID: 63c1f621-650b-4510-a84a-2c229ba256a3
This Notarization was conducted using audio/video technology provided by eNotaryLog, LLC