UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF THE UNBORN CHILD OF
JENNIFER JAWSON, et al.,

       Plaintiffs,

  v.

                                   Case No: 2:19-cv-01008

ARMOR CORRECTIONAL
HEALTH SERVICES INC., et al.,

       Defendants.

---

### DECLARATION OF RANDALL R. GUSE IN SUPPORT OF DEFENDANT'S CIVIL L. R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO ADJOURN TRIAL

---

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am one of the attorneys for defendant Karen Ronquillo, M.D. in this action.

2. I make this declaration based on my personal knowledge of the facts attested to herein.

3. I was notified on January 22, 2024 that due to her father's dire health condition, Dr. Ronquillo had decided to fly to the Philippines to be with her father and her family and that she is leaving on January 25, 2024 and tentatively planning to return on February 10, 2024.

4. I am unable to properly prepare for this trial due to the unavailability of Dr. Ronquillo over the next two weeks.

5. I am unable to properly defend Dr. Ronquillo in this case without her presence at trial as she is one of the key witnesses for the defense.

1

6. Proceeding with trial on February 5, 2024, would create a hardship for me as I will not have Dr. Ronquillo's knowledge, experience, and expertise available to assist in both preparing the case for trial and during trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Waukesha, Wisconsin on this 23rd day of January, 2024.

s/Randall R. Guse

Randall R. Guse, SBN 1024900
Attorney for Defendant Dr. Karen Ronquillo
20935 Swenson Dr., Suite 310
Waukesha, WI 53186
Ph: 262-777-2215
Fax: 262-777-2201
rguse@otjen.com