# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ESTATE OF UNBORN CHILD
OF JENNIFER JAWSON, et al,**
      Plaintiffs,

    v.                        Case No. 19-CV-1008

**ARMOR CORRECTIONAL
HEALTH SERVICES INC, et al.**
      Defendants.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: 01/25/2024
Time Commenced: 11:05 a.m.      Concluded: 11:19 a.m.
Deputy Clerk: KQV      Court Reporter: N/A

APPEARANCES:

Plaintiffs: By Attorneys James Gende II and Kevin Raasch

Defendant Jackie Pitterle: By Attorneys Alon Stein and Yolanda Harris Sayre

Defendant Karen Ronquillo-Horton: By Attorney Randall Guse

Defendant Wisconsin Health Care Liability Insurance Plan: By Attorney Linda Schmidt

Defendant Injured Patients and Families Compensation Fund: By Attorney Adam Roznowski

Nature of Conference: Telephonic Status Conference

Notes:

- Defendant Wisconsin Health Care Liability Insurance Plan's request for excusal from trial, ECF No. 287, is **GRANTED**.
- The Court heard arguments on defendant Karen Ronquillo-Horton's motion to adjourn trial, ECF No. 291. The motion is **GRANTED**. The jury trial is rescheduled for **February 26, 2024**, at 8:30 a.m.