

20935 Swenson Drive, Suite 310
Waukesha, WI 53186
Ph 262-777-2200
Fax 262-777-2201
www.otjen.com

Writer's Direct Dial # (262) 777-2215
Writer's e-mail address rguse@otjen.com

February 20, 2024

**VIA E-FILING**
Honorable Lynn Adelman
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 364
Milwaukee, WI 53202

  RE: Estate of the Unborn Child of Jennifer Jawson, et al v.
    Armor Correctional Health Services Inc., et al
    Case No. 19-CV-1008
    Our File No.: 190126

Dear Judge Adelman:

  This letter will serve to provide an update to the Court regarding the status of Dr. Ronquillo's father.

  Dr. Ronquillo's father's condition continues to deteriorate. As documented in the note filed along with this letter, Dr. Ronquillo's father suffers from a number of conditions that make his passing imminent. He remains on continuous oxygen and, with the exception of one to two cans of Ensure meal replacement drinks, is not eating.

  Dr. Ronquillo remains in frequent contact with her family regarding the situation and is actively involved in managing her father's care and the family's medical decision-making.

  In the event that Dr. Ronquillo's father passes in the remaining days before trial, we will notify the Court and the parties immediately and will be seeking an adjournment of the trial.

  Dr. Ronquillo's wish is to be able to rejoin her family as quickly as possible upon her father's passing. In the event that his passing occurs during trial, we will be moving for a mistrial and requesting that the Court release Dr. Ronquillo from the subpoena that was served upon her by plaintiff.

          Very truly yours,

          OTJEN LAW FIRM, S.C.

          Randall R. Guse

RRG/mjt

ecc: All Counsel of Record (via eNotice)