# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF THE UNBORN CHILD**
**OF JENNIFER JAWSON, et al,**
      **Plaintiffs,**

      v.                                      Case No. 19-CV-1008

**ARMOR CORRECTIONAL**
**HEALTH SERVICES INC, et al.**
      **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding      Date: 02/21/2024
Time Commenced: 10:30 a.m.      Concluded: 10:48 a.m.
Deputy Clerk: KQV      Court Reporter: Tom

APPEARANCES:

Plaintiffs: By Attorney James Gende

Defendant Karen Horton: By Attorney Randall Guse

Defendant Jacki Pitterle: Alon Stein and Ava George Stewart

Defendant Wisconsin Health Care Liability Insurance Plan: By Attorney Linda Schmidt

Defendant Injured Patients and Families Compensation Fund: By Attorney Linda Vogt Meagher

Nature of Conference: Telephonic Status Conference

Notes:    The court heard arguments regarding Attorney Guse's February 20, 2024, letter (ECF No. 300). Jury trial to commence at 8:30 a.m. on Monday, February 26, 2024.