# Exhibit A

**From:** James Gende <jamesg@jamesgendelaw.com>
**Sent:** Thursday, February 22, 2024 5:25 PM
**To:** Randall Guse <rguse@otjen.com>; meagher@gassturek.com; alonsteinlaw@gmail.com
**Cc:** Christopher Katers <ckaters@katersgranitz.com>; Kevin Raasch <kraasch@katersgranitz.com>
**Subject:** FW: DE_2_2020-07-13_37573.pdf

Please find attached additional demonstrative exhibits to be used at trial. These were produced by the defense and marked at plaintiff's deposition.

Sincerely,
James J. Gende II

    

*Million Dollar Advocate, Top 100 Trial Lawyer, Board Certified Civil Trial Specialist*
N28W23000 Roundy Dr., Ste.200
Pewaukee, WI 53072
262.970.8500
Fax 970.7100
www.glohelps.com

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.