# Exhibit C



AURORA SINAI MEDICAL CENTER
945 N 12TH ST
MILWAUKEE WI 53233-1305
Inpatient Record

JAWSON, JENNIFER
MRN: 200917
DOB: 12/11/1980, Sex: F
Adm: 12/9/2016, D/C: 12/9/2016

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 12/09/2016 1219 | Admit Date/Time: | 12/09/2016 1219 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | General- Non-healthcare Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Amb-bell Ambulance | Primary Service: | Obstetrics | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | Aurora Health Care | Unit: | Sdt Ldr |
| Admit Provider: | David C Merrill, MD | Attending Provider: | David C Merrill, MD | Referring Provider: | |

## Discharge Instruction

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 12/09/2016 1332 | Home Or Self Care | (Not Going To Other Hc Provider) | None | Sdt Ldr |

## Allergies as of 12/9/2016

Reviewed On: 12/9/2016 By: Lynn M Kaiser, RN

| | Noted | Reaction Type | Reactions | Deletion Reason |
|---|---|---|---|---|
| **Sulfa Antibiotics** hives | 05/09/2003 | | | |

## Immunizations

| Name | Date |
|---|---|
| **Toradol** | 10/16/04 |

## Problem List

Reviewed: 7/16/2014 2:27 PM by Diane S Beeck, PA-C

None

## OB History

| Gravida | Para | Term | Preterm | AB | TAB | SAB | Ectopic | Multiple | Living |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 3 | 2 | 1 | 2 | 0 | 1 | 1 | 0 | 3 |

| # | Outcome | Date | GA | Labor/2nd | Weight | Sex | Delivery | Anes | P T L | Living Name | Location | Delivering Clinician |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Preterm | | | | | | | | | | | |
| 2 | Term | | | | | | | | | | | |
| 3 | Spontaneous Abortion | | | | | | | | | | | |



Case 2:19-cv-01008-LA   Filed 02/24/24   Page 2 of 4   Document 315-3   **AURORA 63**


## Patient Care Timeline (11/30/2016 00:00 to 3/8/2017 13:59:52) (continued)

| Time | Action | Details | By |
|---|---|---|---|
| 13:30:43 | Orders Discontinued | Admit to Inpatient ; Admit to Inpatient | Patricia Rivera, MD |
| 13:32:24 | Orders Placed | Discharge patient | David C Merrill, MD |
| 13:34:07 | Orders Acknowledged | New - methaDONE (DOLOPHINE) oral solution 150 mg ; Admit to Inpatient ; Full Resuscitation ; Vital Signs ; Metered blood glucose ; Notify: per Routine Standards ; Obtain prenatal record if not available ; Activity ; Consistent Carb Moderate (45-75 gm/meal) Diet ; calcium carbonate (TUMS) chewable tablet 500 mg ; oxytocin (PITOCIN) injection 10 Units ; oxytocin (PITOCIN) 20 Units in sodium chloride 0.9% 1000 mL ; Discharge patient ; Modified - methaDONE (DOLOPHINE) oral solution 100 mg (Comment: Modified from methaDONE (DOLOPHINE) oral solution 150 mg) ; Discontinued - Admit to Inpatient ; Vital Signs ; Metered blood glucose ; Notify: per Routine Standards ; Obtain prenatal record if not available ; Activity ; calcium carbonate (TUMS) chewable tablet 500 mg ; oxytocin (PITOCIN) injection 10 Units ; oxytocin (PITOCIN) 20 Units in sodium chloride 0.9% 1000 mL ; Full Resuscitation ; Vital Signs ; Activity ; NPO Diet with Exceptions; Medications ; methaDONE (DOLOPHINE) oral solution 100 mg | Lynn M Kaiser, RN |
| 15:35:50 | Orders Discontinued | US Ob > 14 Weeks 2nd-3rd Trimester ; US Ob > 14 Weeks 2nd-3rd Trimester ; Discharge patient ; Discharge patient | Automatic Discharge Provider |
| 15:35:50 | Patient Prep for US Ob > 14 Weeks 2nd-3rd Trimester Discontinued | US Ob > 14 Weeks 2nd-3rd Trimester | Automatic Discharge Provider |

## Progress Notes - Direct Entered Documents

### Progress Notes by David C Merrill, MD at 12/9/2016 1:11 PM

Author: David C Merrill, MD  
Filed: 12/9/2016 1:29 PM  
Status: Signed  
Service: Obstetrics  
Date of Service: 12/9/2016 1:11 PM  
Editor: David C Merrill, MD (Physician)  
Author Type: Physician  
Note Created: 12/9/2016 1:11 PM

The patient is a 35 year old, G6P2123, whose EDC is 1/14/2017. She is currently at 34w6d gestation.

Obstetric History
G6 P3 T2 P1 A2 TAB0 SAB1 E1 M0 L3

She presented with complaints of contractions ( was in jail ) . They were not able to obtain heart tones in the jail.

Her pregnancy is complicated by the following :




AURORA SINAI MEDICAL CENTER  
945 N 12TH ST  
MILWAUKEE WI 53233-1305  
Inpatient Record

JAWSON,JENNIFER  
MRN: 200917  
DOB: 12/11/1980, Sex: F  
Adm: 12/9/2016, D/C: 12/9/2016

## Progress Notes - Direct Entered Documents (continued)

**Progress Notes by David C Merrill, MD at 12/9/2016 1:11 PM (continued)**

1) History of substance abuse
2) Hx of preeclampsia
3) Hx of Alports syndrome
4) GDM
5) Hep C
6) Non compliance with prenatal care

REVIEW OF SYSTEMS:
At present, she reports mild uterine contractions. Denies leakage of amniotic fluid. The patient reports recent fetal movement.

PHYSICAL EXAM:
Visit Vitals
- Resp        20
- Ht          5' 8" (1.727 m)
- Wt          (!) 110.7 kg
- LMP         03/17/2016
- BMI         37.1 kg/m2

BP = 134 / 82

GENERAL: The patient is a normal appearing gravid female with normal affect and in no distress.
PSYCH: Alert and oriented × 3. Understands the reason for today's study
SKIN: Warm and dry.
RESPIRATIONS: Unlabored
ABDOMEN: Soft and nontender

MONITOR : No fetal heart tones noted.

BS ultrasound : No fetal heart tones noted .

Pt wants to leave and go to St Mary's for continuity of care with Dr Linn.
Discussed with Dr Linn - he will see patient at Labor and Delivery at St Mary's.

Electronically signed by David C Merrill, MD on 12/9/2016 1:29 PM

