UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON, et al.,
        Plaintiffs,

v.                                                Case No. 19-CV-1008

ARMOR CORRECTIONAL
HEALTH SERVICES, INC., et al.
        Defendants.

## SPECIAL VERDICT

Deliberate Indifference Claim

1. Did Jennifer Jawson have an objectively serious medical need?

    Yes __X__           No _____

*If you answered "yes" to Question 1, then proceed to Question 2. If you answered "no" to Question 1, proceed to Question 7.*

2. Was Dr. Horton deliberately indifferent to Jennifer Jawson's objectively serious medical need?

    Yes _____           No __X__

*If you answered "yes" to Question 2, then proceed to Question 3. If you answered "no" to Question 2, proceed to Question 7.*

3. Did Dr. Horton's deliberate indifference cause Jennifer Jawson harm?

    Yes _____           No _____

1

*If you answered "yes" to Question 3, then proceed to Question 4. If you answered "no" to Question 3, proceed to Question 7.*

4. What sum of money, if any, will fairly and reasonably compensate Jennifer Jawson for:

    A. Past pain and suffering?    $ _____

    B. Future pain and suffering?  $ _____

5. Was Dr. Horton's conduct malicious or in reckless disregard of Jennifer Jawson's Constitutional rights?

    Yes _____    No _____

*If you answered "yes" to Question 5, then proceed to Question 6. If you answered "no" to Question 5, proceed to Question 7.*

6. If you answered "yes" to Question 6, you may, but are not required to, assess punitive damages against Dr. Horton. What sum of punitive damages would you assess against Dr. Horton?

    $ _____

**PROCEED TO NEXT PAGE**

2

## State Law Negligence Claim

7. Was Dr. Horton negligent in her care and treatment of Jennifer Jawson?

    Yes _____    No __X__

*If you answered "yes" to Question 7, then proceed to Question 8. If you answered "no" to Question 7, proceed to the end of the Verdict Form for signature.*

<u>As to Plaintiff Jennifer Jawson</u>: *If you answered "yes" to <u>both</u> Question 2 and Question 3, please skip Questions 8–12, and proceed to Question 13.*

8. Was Dr. Horton's negligence a cause of injury to Jennifer Jawson?

    Yes _____    No _____

9. Was Jennifer Jawson negligent regarding her own health and welfare?

    Yes _____    No _____

*If you answered "yes" to Question 9, then proceed to Question 10. If you answered "no" to Question 9, proceed to Question 12.*

10. Was Jennifer Jawson's own negligence a cause of her injury?

    Yes _____    No _____

11. Assuming the total negligence of all parties is 100%, what percent of fault do you attribute to:

    Dr. Horton              _____%

    Jennifer Jawson         _____%

                    Total: __100%__.

3

12. What sum of money, if any, will fairly and reasonably compensate Jennifer Jawson for:

    A. Past pain and suffering?     $ _____

    B. Future pain and suffering?     $ _____

<u>As to Plaintiff the Estate of the Unborn Child of Jennifer Jawson:</u>

13. Was Dr. Horton's negligence a cause of the death of the unborn child of Jennifer Jawson?

    Yes _____          No _____

***If you answered "yes" to Question 13, then proceed to Question 14. If you answered "no" to Question 13, proceed to the end of the Verdict Form for signature.***

14. Was Jennifer Jawson negligent with regard to the health and welfare of her unborn child?

    Yes _____          No _____

***If you answered "yes" to Question 14, then proceed to Question 15. If you answered "no" to Question 14, proceed to Question 17.***

15. Was Jennifer Jawson's own negligence a cause of the death of her unborn child?

    Yes _____          No _____

16. Assuming the total negligence of all parties is 100%, what percent of fault do you attribute to:

    Dr. Horton                           _____%

    Jennifer Jawson                _____%

                                    Total: __100%__.

17. What sum of money, if any, will fairly and reasonably compensate Jennifer Jawson for the loss of society and companionship resulting from the death of her unborn child?

    $ _____

**END OF VERDICT FORM**
**PLEASE SIGN AND DATE BELOW**

Jury Foreperson: _____

Members of the Jury: _____

_____

_____

_____

_____

_____

_____

Dated: 02-28-24

5