AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON, et al.,
    Plaintiffs,
  v.

ARMOR CORRECTIONAL
HEALTH SERVICES INC, et al.
    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 19-CV-1008

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered for the defendants on the merits.

2/28/2024
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk

Case 2:19-cv-01008-LA    Filed 02/28/24    Page 1 of 1    Document 328