# United States District Court

EASTERN DISTRICT OF WISCONSIN

**AMENDED JUDGMENT IN A CIVIL CASE**

ESTATE OF THE UNBORN CHILD
OF JENNIFER JAWSON, et al.,
    Plaintiffs,
  v.                                      CASE NUMBER: 19-CV-1008

ARMOR CORRECTIONAL
HEALTH SERVICES INC, et al.
    Defendants.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered for the defendants on the merits, except that plaintiffs shall recover $350,000.00 against defendant Armor Correctional Healthcare Services, Inc.

Approved:

/s/ Lynn Adelman
LYNN ADELMAN, District Judge

| | |
|---|---|
| 3/28/2025 | Gina M. Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |